IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LARRY D. LOVETT**,

**Petitioner,**

v.

**UNITED STATES OF AMERICA,**

**Respondent.**                                                      No. 10-0448-DRH

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Lovett's amended motion to voluntarily dismiss pending motion under 28 U.S.C. § 2255 (Doc. 18). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **DISMISSES without prejudice** Lovett's 28 U.S.C. § 2255 petition. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 7th day of January, 2011.

David R. Herndon
2011.01.07
14:48:38 -06'00'

**Chief Judge**
**United States District Court**